FILED

AUG 26 2015

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR CONSPIRACY TO DISTRIBUTE AND POSSESS
WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE ANALOGUE,
DISTRIBUTION OF A CONTROLLED SUBSTANCE ANALOGUE,
POSSESSION OF MARIJUANA, COCAINE BASE, MDMA, AND
A CONTROLLED SUBSTANCE ANALOGUE, AND FORFEITURE ALLEGATION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15- 126-JWD-RLB |
| | : | |
| *versus* | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 841(a)(1) |
| BRITTANY LYNNE DILLON and | : | 21 U.S.C. § 844(a) |
| WILLIAM OWEN WILTON | : | 21 U.S.C. § 853 |
| | : | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From at least on or about February 6, 2013, through at least on or about August 13, 2013, in the Middle District of Louisiana, the defendants, **BRITTANY LYNNE DILLON** and **WILLIAM OWEN WILTON**, did conspire with each other and others, both known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute Schedule I controlled substance analogues as defined in 21 U.S.C. § 802(32)(A), knowing that the substances were intended for human consumption as provided in 21 U.S.C. § 813, in violation of 21 U.S.C. § 841(a)(1), and did aid and abet said conspiracy.

The above is a violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

Sanchez
USM & USPO

## COUNT TWO

On or about February 6, 2013, in the Middle District of Louisiana, the defendant, **BRITTANY LYNNE DILLON**, did knowingly and intentionally distribute a substance containing a detectable amount of 4-MEC, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32)(A), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about March 21, 2013, in the Middle District of Louisiana, the defendant, **BRITTANY LYNNE DILLON**, did knowingly and intentionally distribute a substance containing a detectable amount of 25C-NBOMe, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32)(A), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about April 12, 2013, in the Middle District of Louisiana, **BRITTANY LYNNE DILLON** and **WILLIAM OWEN WILTON**, defendants herein, did knowingly and intentionally distribute a substance containing a detectable amount of 25B-NBOMe, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32)(A), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, and did aid and abet each other to do so.

The above is a violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about August 13, 2013, in the Middle District of Louisiana, the defendants, **BRITTANY LYNNE DILLON** and **WILLIAM OWEN WILTON**, did knowingly and intentionally possess a substance containing a detectable quantity of cocaine base, a Schedule II controlled substance; 3, 4-Methylenedioxymethamphetamine (MDMA) hydrochloride and marijuana, Schedule I controlled substances; and 25l-NBOMe, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32)(A), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

The above is a violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

Upon conviction of any Count set forth in this Indictment, **BRITTANY LYNNE DILLON** and **WILLIAM OWEN WILTON**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of said violations.

If any of the property or proceeds obtained directly or indirectly as a result of the offenses charged, due to any act of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred, sold to, or deposited with a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p) in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, BY

_[signature]_

J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_[signature]_

KEVIN R. SANCHEZ
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

_[signature]_ Ainsley Cohn

GRAND JURY FOREPERSON

8/26/15

DATE

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: **Baton Rouge**

County/Parish: **East Baton Rouge**

*Investigating Agency: **DEA**
*Agent: **Nick Dittlinger**

**Matter to be sealed:** ☐ No ☒ Yes

**Related Case Information:**

Superseding Indictment _____   Docket Number _____
Same Defendant _____   New Defendant __X__
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name  **Brittany Lynne Dillon**
Alias
Address
Birthdate        SS #        Sex        Race        Nationality

**U.S. Attorney Information:**

AUSA **Kevin R. Sanchez**       Bar # **GABRN 508766**

Interpreter: ☒ No ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __5__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 21:846 | Conspiracy to distribute and possess with intent to distribute a controlled substance analogue | 1 | Felony |
| 21:841(a)(1) | Distribution of a controlled substance analogue | 2, 3 & 4 | Felony |
| 21:844(a) | Possession of marijuana, cocaine base, MDMA, and a controlled substance analogue | 5 | Felony |

(May be continued on the other side)

Date: 26 Aug 15       Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City __Baton Rouge__

County/Parish __East Baton Rouge__

*Investigating Agency __DEA__
*Agent __Nick Dittlinger__

**Matter to be sealed:** ☐ No  ☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name __William Owen Wilton__
Alias
Address
Birthdate _____ SS # _____ Sex _____ Race _____ Nationality _____

**U.S. Attorney Information:**

AUSA __Kevin R. Sanchez__   Bar # __GABRN 508766__

**Interpreter:** ☒ No  ☐ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __3__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 21:846 | Conspiracy to distribute and possess with intent to distribute a controlled substance analogue | 1 | Felony |
| 21:841(a)(1) | Distribution of a controlled substance analogue | 4 | Felony |
| 21:844(a) | Possession of marijuana, cocaine base, MDMA, and a controlled substance analogue | 5 | Felony |

(May be continued on the other side)

Date: __26 Aug 15__   Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____